CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 7:07CR00030 |
| v. | ) (Case No. 7:10CV80245) |
| | ) |
| | ) **FINAL ORDER & JUDGMENT** |
| ENRIQUE SARDINETAS-SANCHEZ, | ) |
| | ) By: Glen E. Conrad |
| Defendant. | ) Chief United States District Judge |
| | ) |

For the reasons stated in the memorandum opinion entered this day, it is

### ADJUDGED AND ORDERED

that the motion to dismiss is hereby **GRANTED**, and the motion to vacate, set aside or correct

sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** and stricken from the active docket of

the court. Based upon the court's finding that the defendant has not made the requisite showing

of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This _2d_ day of November, 2010.

_____
Chief United States District Judge